IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OSCEOLA COUNTY SCHOOL
BOARD and JOHNS EASTERN
COMPANY, INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellants,

CASE NO. 1D16-1837

v.

SHEILA STONE,

Appellee.

_____/

Opinion filed November 10, 2016.

An appeal from an order of the Judge of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident: March 8, 2013.

Pamela J. Cox and Jodi K. Mustoe of Cox & Rouse, P.A., Maitland., for Appellants.

Nicholas A. Shannin of Shannin Law Firm, Orlando, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, RAY, and MAKAR, JJ., CONCUR.